# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY RYAN STUTZMAN,<br><br>            Petitioner,<br>   v.<br><br>S. FRAUNHEIM,<br><br>            Respondent. | CASE NO. 15cv1756 DMS (NLS)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On August 6, 2015, Petitioner Jeremy Ryan Stutzman ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 21, 2016, Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Petitioner filed objections to the R&R. Respondent did not file a reply.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the objections thereto, adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: December 12, 2016

_____
HON. DANA M. SABRAW
United States District Judge